SHANNAHAN, Appellant, v. EMPIRE ENGINEERING CORP., Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Edward J. Shannahan, as administrator, etc., of Morris C Shannahan, deceased, against the Empire Engineering Corporation. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 128 App. Div. 934, 113 N. Y. Supp. 1146.

SHELDON, Respondent, v. CHEMUNG CANAL BANK, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by Victoria B. Sheldon against the Chemung Canal Bank.

PER CURIAM. Judgment (122 N. Y. Supp. 1057) affirmed, with costs.

KRUSE and ROBSON, JJ., dissent.

In re SHENK REALTY CO. (Supreme Court, Appellate Division, First Department. October 14, 1910.) In the matter of the Shenk Realty Company. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SHERMAN, Respondent, v. LEVENGSTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 16, 1910.) Action by Richard W. Sherman against Harry M. Levengston. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Memorandum by WILLIAMS, J.

SHIELDS, Respondent, v. McNEIL, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by William Shields against Thomas A. McNeil. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

SHILLING, Appellant, v. WILLETS, Respondent. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by George B. Shilling against Andrew J. Willets.

PER CURIAM. Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the defendant's agents had the implied authority to make the agreement for the payment of the $35, and that the law implies a promise on defendant's part to repay the sum paid him by mistake.

SIEGELMAN, Respondent, v. WAXMAN, Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Yetta Siegelman against Abraham Waxman. C. S. Rosenthal, for appellant. M. Greenberg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re SIMPSON. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) In the matter of the probate of the paper propounded as the last will and testament of Mary Simpson, deceased. No opinion. Motion to dismiss appeal granted, with costs; no merits being shown.

SIMPSON, Appellant, v. HUBBARD et al., Respondents. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by William M. Simpson against Walger C. Hubbard and others. J. W. Boothby, for appellant. J. R. Abney, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

SIMPSON, Appellant, v. SPRINGS et al., Respondents. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by William M. Simpson against Richard A. Springs and others. J. W. Boothby, for appellant. J. R. Abney, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

In re SINNOTT. (Supreme Court, Appellate Division, First Department. November 2, 1910.) In the matter of Nicholas P. Sinnott. No opinion. Order affirmed. Order filed.

SISTITO, Appellant, v. TROTTA, Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1910.) Action by Rosa Sistito against Pasquale Trotta. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 124 N. Y. Supp. 1130.

SKOLNY et al. v. RICHTER. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Joseph Skolny and others against Max Richter. No opinion. Motion denied, with $10 costs. Order filed. See, also, 139 App. Div. 534, 124 N. Y. Supp. 152.

SLADE et al., Respondents, v. OPPENHEIMER, Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Howard Slade and others against Leo Oppenheimer, as trustee, etc. R. P. Lewis, for appellant. C. L. Craig, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SLOBOZAN v. NEW YORK TRANSP. CO. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Timou Slobozan against the New York Transportation Company. No opinion. Motion denied, with $10 costs. Order filed.

SMITH et al. v. HOELZLE et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by George C. Smith and others against Mary L. Hoelzle, impleaded with others. No opinion. Motion denied, with $10 costs. Order filed.

SMITH, Respondent, v. HOWE, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by

George W. Smith against Lucy Howe. No opinion. Judgment and order unanimously affirmed with costs.

SMITH v. PARKE. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Mary Smith against William A. Parke. No opinion. Application denied, with $10 costs. Order signed. See, also, 123 N. Y. Supp. 923.

SOLDWICK, Respondent, v. DUNKIRK ICE & FUEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by Fred Soldwick, as administrator, etc., against the Dunkirk Ice & Fuel Company. No opinion. Appeal dismissed, without costs upon stipulation filed.

SONTHEIMER EMBROIDERY MFG. CO. v. MAIER. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by the Sontheimer Embroidery Manufacturing Company against Bertha Maier. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

In re SOUTH SHORE TRACTION CO. (Supreme Court, Appellate Division, Second Department. October 20, 1910.) In the matter of the application of the South Shore Traction Company for the appointment of commissioners, etc., Hoffman Boulevard, borough of Queens, city of New York, etc. No opinion. Order granted, confirming commissioners' report, and order signed. See, also, 138 App. Div. 894, 122 N. Y. Supp. 1146; 138 App. Div. 895, 123 N. Y. Supp. 1142.

SPARKS, Appellant, v. HAGAR, Respondent. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Agnes Sparks against Robert Hagar, Jr. No opinion. Judgment of the Municipal Court affirmed, with costs.

SPRINGER, Appellant, v. SCOTT SHOE CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by John H. Springer against the Scott Shoe Company. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

SPRINGER, Respondent, v. SUMMIT PROOFING CO., Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Warren Springer against the Summit Proofing Company. O. C. Wierum, for appellant. E. W. Tyler, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SQUIRES, Appellant, v. BUNNELL, Respondent, et al. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Nellis S. Squires against Frank S. Bunnell, impleaded with others. G. Ireland,

for appellant. G. M. Hulbert, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed.

STANFIELD, Respondent, v. TOWN OF HAMBURG, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by Esther S. Stanfield, as administratrix, etc., of Frederick Stanfield, deceased, against the Town of Hamburg.

PER CURIAM. Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that as matter of law the plaintiff failed to establish freedom from contributory negligence. See infra. See, also, 118 N. Y. Supp. 1144.

SPRING, J., concurs on the further ground that as matter of law the plaintiff failed to show any actionable negligence on the part of the defendant.

McLENNAN, P. J., dissents, and votes for affirmation, on the ground that the questions of negligence and of freedom from contributory negligence are questions of fact for the jury.

STANFIELD, Respondent, v. TOWN OF HAMBURG, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by Esther S. Stanfield, as administratrix, etc., against the Town of Hamburg. No opinion. Motion to amend order of reversal denied, without costs. See supra.

STEGLICH, Appellant, v. SCHNEIDER, Respondent. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Sophie Steglich against Reinhardt Schneider. M. J. Kohler, for appellant. W. C. Timm, for respondent. No opinion. Judgment (66 Misc. Rep. 390, 123 N. Y. Supp. 336) affirmed, with costs. Order filed.

STERNBERGER et al. v. KEVE et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Maurice M. Sternberger and others against Abraham B. Keve, impleaded with others. A. B. Keve, for appellant. H. Nathan, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STEINMAN et al. v. FORD et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Benjamin Steinman and others against Solomon K. Ford, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 124 N. Y. Supp. 1131.

STILES v. INTERNATIONAL RY. CO. et al. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by Clarence Stiles against the International Railway Company and the Crosstown Street Railway Company of Buffalo.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendants, except WILLIAMS, J., who dissents upon the